## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

---

**BFW DENVER LLC d/b/a
BLANCHARD FAMILY WINES,** a
Colorado Limited Liability Company

Plaintiff,

vs.                                                    Case No.  1:25-cv-03273-DDD-NRN

**ILLINOIS CASUALTY COMPANY,** an
Illinois corporation,

Defendant.

## DEFENDANT ILLINOIS CASUALTY COMPANY'S NOTICE OF DISMISSAL OF THIRD-PARTY COMPLAINT

---

Defendant/Third-Party Plaintiff Illinois Casualty Company ("ICC"), through counsel, hereby dismisses its Third-Party Complaint and all claims against WC Johnson, LLC; Interstate Warehouse, LLC; and PVP Management, LLC pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully Submitted,

**QUINTAIROS, PRIETO, WOOD, & BOYER, P.A.**

*Jennifer W. Vedra, Esq.*
Jennifer W. Vedra, #43657
216 16th Street, Suite 1100
Denver, CO 80202
720-798-1620, x4416
jenny.vedra@qpwblaw.com
*Counsel for Defendant ICC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this ___ day of April, 2026, a true and correct copy of the

foregoing was filed with the Court and served via ECF to the following:

All counsel of record

/s/ *Margaret Moore*
Margaret Moore, Legal Assistant
*Printed copy with original signature on file at the office of Quintairos, Prieto, Wood, & Boyer, P.A.*